FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

November 14, 2005

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: **Notice of Rescission by Richard J. Silvia, 2 Jambray Avenue, Warwick, RI 02886, Loan Number: 0115578700, Closing Date 04-12-2005.**

To Whom It May Concern:

I represent Richard J. Silvia concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Corporation on April 12, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Silvia was given incomplete and therefore inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Silvias' property located at 2 Jambray Avenue, Warwick is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Richard J. Silvia,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Richard J. Silvia

TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534