**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RICHARD J. SILVIA** | : | **C.A. 06- 67 ML** |
| **Plaintiff,** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANT'S COUNTERCLAIM TO THE PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff Richard J. Silvia ("Plaintiff") by and through his attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim to the Plaintiff's Second Amended Complaint filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and states:

1. Plaintiff admits the allegations set forth in paragraphs 1, 2, 3, 4, 5, 8 and 9 of the Defendant's Counterclaim.

2. Plaintiff denies the allegations set forth in paragraphs 6 and 10 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiff favor on all counts of the Second Amended Complaint, that Plaintiff be awarded the cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff prays that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim requesting Declaratory Relief.

Respectfully submitted,

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

**CERTIFICATION**

I hereby certify that a copy of the Plaintiff's Answers to the Defendant's Counterclaim to the Plaintiff's Second Amended Complaint was mailed on May 10, 2006 to:

Steven E. Snow
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

R. Bruce Allensworth
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111