A CERTIFIED TRUE COPY

APR 19 2006

ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1 06-67

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR - 3 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1715*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

06C 2477

FILED

MAY - 3 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE ASPEN

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-2)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 13 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, 408 F.Supp.2d 1354 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 19 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK

BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
5-4-06

**SCHEDULE CTO-2 - TAG-ALONG ACTIONS**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| COLORADO | |
| ~~CO 1 05-2364~~ | ~~Thomas Smith, et al. v. Argent Mortgage Co., LLC, et al.~~ Opposed 4/18/06 |
| CONNECTICUT | |
| CT 3 05-1831 | Calvin Duncan, et al. v. Ameriquest Mortgage Co. |
| CT 3 05-1888 | Louis Pasacreta, et al. v. Ameriquest Mortgage Co., et al. |
| CT 3 06-117 | Roger Belval, et al. v. Ameriquest Mortgage Co., et al. |
| CT 3 06-118 | Robert L. Allan, et al. v. Argent Mortgage Co., LLC |
| CT 3 06-119 | Michael Bowe, et al. v. Ameriquest Mortgage Co. |
| INDIANA NORTHERN | |
| INN 2 05-323 | Larry Crane, et al. v. Ameriquest Mortgage Co. |
| MASSACHUSETTS | |
| MA 1 06-10244 | Yamil Montanez v. Ameriquest Mortgage Co. |
| MICHIGAN EASTERN | |
| ~~MIE 2 05-73963~~ | ~~Lillian J. Tocco v. Argent Mortgage Co., LLC, et al.~~ Opposed 4/17/06 |
| NEW YORK EASTERN | |
| ~~NYE 2 05-2605~~ | ~~Joseph Miles, Jr., et al. v. Argent Mortgage Co., LLC, et al.~~ Opposed 4/19/06 |
| PENNSYLVANIA WESTERN | |
| PAW 2 05-309 | Mark W. Cahalan v. Ameriquest Mortgage Co. |
| RHODE ISLAND | |
| RI 1 06-40 | Patricia Leal v. Ameriquest Mortgage Co. |
| RI 1 06-41 | Jason E. Gould v. Ameriquest Mortgage Co. |
| RI 1 06-67 06C2477 | Richard J. Silvia v. Ameriquest Mortgage Co. |
| RI 1 06-68 | Veronica I. Carney v. Ameriquest Mortgage Co. |
| TENNESSEE EASTERN | |
| TNE 1 05-192 | Maria E. Arndt, et al. v. Ameriquest Mortgage Co. |
| TENNESSEE MIDDLE | |
| TNM 3 05-1074 | Regina Raines v. First American Title Insurance Co., et al. |
| TENNESSEE WESTERN | |
| ~~TNW 1 06-1051~~ | ~~Tenita J. Jones, et al. v. Thomas L. Lewis, et al.~~ Opposed 4/18/06 |
| WISCONSIN EASTERN | |
| ~~WIE 2 06-12~~ | ~~Mary Forrest v. Ameriquest Mortgage Co.~~ Opposed 4/18/06 |